*P. Cooley, solicitor,* contra.

---

6808. BRADFORD *v.* THE STATE.

BROYLES, J. The accused was convicted of wife-beating; the verdict is sustained by the evidence, and no error of law is complained of.

*Judgment affirmed.*

DECIDED OCTOBER 26, 1915.

Indictment for beating wife; from Paulding superior court— Judge Bartlett. June 10, 1915.

*C. D. McGregor, S. W. Ragsdale,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general,* contra.

---

6338. HAWKINS *v.* THE STATE.

RUSSELL, C. J. 1. Prima facie the term "recently" imports reference to a transaction in the immediate past. Consequently, proof that a store was recently burglarized must, in the absence of any further inquiry, or any other testimony upon that point, be held to refer to a point of time within four years, the period within which prosecutions for burglary must be instituted.

2. The evidence authorized the verdict, and there was no error in overruling the motion for a new trial.          *Judgment affirmed.*

DECIDED OCTOBER 29, 1915.

Indictment for burglary; from Fulton superior court—Judge B. H. Hill. January 9, 1915.

*H. C. Greenlee,* for plaintiff in error.

*Hugh M. Dorsey, solicitor-general, E. A. Stephens,* contra.